The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT CARSON,<br><br>            Plaintiff,<br><br>            v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:18-cv-05858-MJP<br><br>AGREED PRETRIAL ORDER |

## I.     JURISDICTION

Jurisdiction in this matter is premised upon the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b) and 2679(b)(1). The United States has waived sovereign immunity for the negligent or wrongful acts or omissions of any federal employee acting within the scope of employment, under circumstances where the United States, if a private person, would be liable to the plaintiff in accordance with the law of the place where the act or omission occurred. 28 U.S.C. §§ 1346(b). The parties agree that Washington state law substantively governs the claim to be adjudicated at trial in this matter.

//

//

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## II. CLAIMS AND DEFENSES

**Plaintiff will pursue the following claims for relief:**

Monetary damages for the property damages to his car; monetary damages for medical specials; and monetary damages for his general damages of past, present and future pain and suffering, disability, loss of enjoyment of life.

**The United States will pursue the following affirmative defenses/claims for relief:**

1. Plaintiff's injuries and damages were not proximately caused by the negligent or wrongful act of an employee of the United States. Specifically, Plaintiff's current lumbar and cervical pain is caused by a pre-existing degenerative joint disease and ossification of posterior longitudinal ligament ("OPLL"), unrelated to the motor vehicle collision, but symptomatic at the time.

2. To the extent this Court finds that the current spinal pain is causally related to the collision, Plaintiff has failed to mitigate his damages with respect to the same. Specifically, Plaintiff has repeatedly declined both diagnostic and therapeutic treatment options targeted at relieving his cervical and lumbar pain. Such declinations are unreasonable and have more likely than not adversely affected his recovery. *See Fox v. Evans*, 127 Wash. App. 300, 306 (2005).

3. Plaintiff is not entitled to $2,220.01 for property damage to his 1993 Geo Metro because the only repair estimate disclosed sets forth repairs beyond those caused by the subject collision and, further, Plaintiff voluntarily salvaged the vehicle for parts in 2018.

4. Plaintiff's total damages must be limited to no more than $164,964.44, the only damage computation previously disclosed during discovery. *See* FRCP 26(a)(1)(A)(iii), 26(e)(1)(A), and 37(c)(1).

//

//

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## III. ADMITTED FACTS

1. Plaintiff was involved in a motor vehicle collision with a United States Postal Service ("USPS") employee on January 15, 2017, at approximately 1:11PM.

2. The collision occurred at the intersection of E. Washington Street and N. Rhodefer Road in Sequim, Washington.

3. The USPS employee was executing a right-hand turn from a stop sign on N. Rhodefer Road when he collided with Plaintiff.

4. Plaintiff was traveling east on E. Washington Street.

5. The USPS employee collided with Plaintiff's rear passenger's side door.

6. The USPS employee was traveling approximately 2-5 MPH.

7. Plaintiff was traveling approximately 30 MPH.

8. Both drivers declined medical treatment at the scene.

9. The United States admits that the employee failed to yield the right-of-way and thus caused the collision, but disputes the nature and extent of Plaintiff's damages.

## IV. ISSUES OF LAW

**The following issues of law must be determined by the Court:**

1. Has Plaintiff proved by a preponderance of the evidence that he is entitled to the full repair estimate of $2,220.01 for his 1993 Geo Metro?

2. Has Plaintiff proved by a preponderance of the evidence that his claimed past medical expenses were reasonable, necessary, and related to the subject collision?

3. Has Plaintiff proved by a preponderance of the evidence that he requires future medical care and that any such care is reasonable, necessary, and related to the subject collision?

//

//

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

4. Has Plaintiff proved by a preponderance of the evidence that he experienced pain, disability, and suffering as a result of the collision and/or will with reasonable probability, continue to experience pain, disability, and suffering in the future?

5. Has the United States proved by a preponderance of the evidence that Plaintiff failed to mitigate his damages?

## V. EXPERT WITNESSES

**The following expert witnesses may be called by Plaintiff at trial:**

> Donna Moore, M.D. – *Will Testify*
> Medical Consulting Associates, PLLC
> 9226 Bay Shore Drive NW, Suite 230
> Silverdale, WA 98383
> Tel. (360) 692-6202

Dr. Moore is a Physical Medicine and Rehabilitation physician who conducted an Independent Medical Examination on Plaintiff on October 22, 2018, at the request of Plaintiff's attorney, Greg S. Memovich. She will testify regarding Plaintiff's medical specials and Plaintiff's treatment, injuries, pain, suffering, disabilities and possible future treatment, pain, suffering, and disabilities.

**The following expert witnesses may be called by the United States at trial:**

> Joshua Shatsky, M.D. – *Will Testify*
> WestSound Orthopaedics - Silverdale
> 4409 NW Anderson Hill Road
> Silverdale, WA 98383
> Tel. (360) 698-6630

Dr. Shatsky is an orthopedic surgeon employed by WestSound Orthopaedics, and is among Plaintiff's treating physicians. Dr. Shatsky may be called by the United States to testify as to his multiple examinations, observations, interactions, and Plaintiff's prognosis as of January 2018, including recommendations made regarding future care and treatment, which Plaintiff

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

declined. He may also be asked to interpret the MRI of Plaintiff's spine from May 2017 and testify regarding its significance from an orthopedic perspective.

Wilson Chang, M.D. – *Will Testify*
Swedish Pain Services
601 Broadway, Suite 530
Seattle, WA 98122
Tel. (206) 386-2013

Dr. Chang is a Physical Medicine and Rehabilitation Specialist employed by Swedish Pain Services, and was among Plaintiff's treating physicians. Dr. Chang may be called by the United States to testify as to his multiple examinations, observations, interactions, and Plaintiff's prognosis as of October 2021. Dr. Chang will discuss the various diagnostic and therapeutic treatment options recommended but rejected by Plaintiff during his treatment of him. Dr. Chang will discuss Plaintiff's continued nonadherence to pain medications and belligerent behavior with his staff that ultimately lead to Plaintiff's dismissal from his services.

## VI. OTHER WITNESSES

**The following lay witnesses may be called by Plaintiff at trial:**

1. Robert Carson
   c/o Greg Memovich, Counsel for Plaintiff

Will testify regarding liability and damages.

**The following lay witnesses may be called by the United States at trial:**

2. Jason Robotkay – *Possible Witness Only*
   c/o Erin K. Hoar, Assistant United States Attorney, Counsel for United States

Mr. Robotkay was the driver of the U.S. Postal Service vehicle that collided with Mr. Carson's vehicle on January 15, 2017. Mr. Robotkay may be called by the United States to rebut any claims by Plaintiff regarding the mechanism of the collision and Plaintiff's presentation at the scene.

//

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

3. Detective Rick Larsen, Sequim Police Department – *Possible Witness Only*
c/o Sequim Police Department, 152 W. Cedar Street, Sequim, WA 98382

Detective Larsen was the investigating officer for the Sequim Police Department who was dispatched to the collision on January 15, 2017. Detective Larsen may be called by the United States to testify to his observations of the vehicles, the condition of the vehicles, and Plaintiff's presentation at the scene.

## VII. EXHIBITS

**Plaintiff may offer the following exhibits at trial:**

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Police Report | Stipulated | Stipulated | | |
| 2 | Auto Body Damage Estimate | Disputed | Disputed | FRE 602, 901, 802 | |
| 3 | Medical Expense Summary FRE 1006 | Stipulated | Disputed | FRE 802 | |
| 4 | InHealth Imaging 05.01.2017 MRI Report | Stipulated | Stipulated | | |
| 5 | Jefferson Health Care 05.01.2017 Medical Bill | Stipulated | Stipulated | | |
| 6 | Jefferson Health Care Physical Therapy Bills 07.07.17 thru 08.11.2017 | Stipulated | Stipulated | | |
| 7 | Peninsula Community Health Services Bills 01.19.2017 thru 01.25.2018 | Stipulated | Stipulated | | |
| 8 | Kitsap Physical Therapy Medical Bills 01.26.2017 thru 04.06.2017 | Stipulated | Stipulated | | |
| 9 | InHealth Imaging 05.01.2017 MRI Medical Bill | Stipulated | Stipulated | | |
| 10 | WestSound Orthopaedics Medical Bills 06.21.2017 thru 01.29.2018 | Stipulated | Stipulated | | |
| 11 | Swedish Medical Center Medical Bills 11.19.2018 thru current | Stipulated | Stipulated | | |

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 6

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**The United States may offer the following exhibits at trial, in addition to any exhibits identified by Plaintiff:**

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 200 | Pertinent Portions of Jefferson Healthcare Records Dated 4/4/14 (Carson_MedRecs_000406-000413) | Stipulated | Stipulated | | |
| 201 | Pertinent Portions of Jefferson Healthcare Records Dated 4/9/14 (Carson_MedRecs_000425-000431) | Stipulated | Stipulated | | |
| 202 | Pertinent Portions of Pulmonary & Sleep Medicine Records Dated 7/7/14 (Carson_MedRecs_000300-000303) | Stipulated | Subject to foundation | FRE 401, 403, 602, 802 | |
| 203 | Pertinent Portions of Jefferson Healthcare Hospital ER Records Dated 1/15/17 (Carson_MedRecs_000459-000467) | Stipulated | Stipulated | | |
| 204 | Kitsap PT Records Dated 1/26/17 to 4/6/17 (Carson_MedRecs_000085-000093) | Stipulated | Stipulated | | |
| 205 | WestSound Orthopaedics Records Dated 6/21/17 to 1/29/18 (Carson_MedRecs_000003-000024) | Stipulated | Stipulated | | |
| 206 | Jefferson Community Healthcare PT Discharge Summary Dated 8/11/17 (Carson_MedRecs_000603-000605) | Stipulated | Stipulated | | |
| 207 | Olympic Medical Center PT Discharge Summary Dated 5/9/18 (Carson_MedRecs_000757) | Stipulated | Stipulated | | |

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 7

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 208 | Pertinent Portions of Peak Performance PT Records Dated 10/15/18 to 1/16/19 (Carson_MedRecs_000123-000159) | Stipulated | Subject to foundation | FRE 401, 403, 602, 802 | |
| 209 | Swedish Pain Management Records Dated 11/19/18 (Carson_MedRecs_000338-000344) | Stipulated | Stipulated | | |
| 210 | Swedish Pain Management Records Dated 3/13/19 (Carson_MedRecs_000356-000361) | Stipulated | Stipulated | | |
| 211 | Swedish Pain Management Records Dated 4/15/19 (Carson_MedRecs_000372-000377) | Stipulated | Stipulated | | |
| 212 | Swedish Pain Management Records Dated 5/15/19 (Carson_MedRecs_000372-000377) | Stipulated | Stipulated | | |
| 213 | Swedish Pain Management Records Dated 6/11/19 (Carson_MedRecs_000886-000890) | Stipulated | Stipulated | | |
| 214 | Swedish Pain Management Records Dated 7/17/19 (Carson_MedRecs_000863-000866) | Stipulated | Stipulated | | |
| 215 | Swedish Spine, Sports & Musculoskeletal Medicine Records Dated 9/4/19 (Carson_MedRecs_001148-001150) | Stipulated | Stipulated | | |
| 216 | Swedish Pain Management Records Dated 11/15/19 (Carson_MedRecs_000847-000850) | Stipulated | Stipulated | | |
| 217 | Swedish Pain Management Records Dated 1/7/20 (Carson_MedRecs_000828-000831) | Stipulated | Stipulated | | |

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 8

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 218 | Swedish Pain Management Records Dated 4/6/20 (Carson_MedRecs_000823-000824) | Stipulated | Stipulated | | |
| 219 | Swedish Pain Management Records Dated 10/28/20 (Carson_MedRecs_000809) | Stipulated | Stipulated | | |
| 220 | Sound Pain Alliance Records Dated 12/10/20 (Carson_MedRecs_001119-001122) | Stipulated | Stipulated | | |
| 221 | Anesis Spine & Pain Care Records Dated 2/18/21 (Carson_MedRecs_001101-001104) | Stipulated | Stipulated | | |
| 222 | Anesis Spine & Pain Care Records Dated 3/22/21 (Carson_MedRecs_001095-001099) | Stipulated | Stipulated | | |

## VIII. DEPOSITION TRANSCRIPTS

Drs. Moore and Chang gave perpetuation depositions, in part because of the COVID crisis and uncertainties regarding live court proceedings. The parties prefer that Drs. Moore and Chang testify live, via Zoom, rather then relying on their perpetuation depositions. However, Plaintiff may seek admission of either or both transcripts in the event either witness is unavailable to testify. The United States intends to subpoena Dr. Chang for live testimony and maintains that deposition testimony should only be proffered in the event either witness is truly unavailable within the meaning of *Fed. R. Civ. P.* 32(a)(4).

Plaintiff may use portions of Dr. Chang's deposition transcripts to refresh his recollection or for impeachment purposes.

The United States may offer portions of the deposition transcripts of Plaintiff and/or Donna Moore, M.D., for impeachment purposes per *Fed. R. Civ. P.* 32(a)(2). Furthermore, the United States may use the deposition of Dr. Chang to refresh his recollection.

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 9

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ACTION BY THE COURT

(a) This case is schedule for trial without a jury on July 15, 2021, at 9:00AM.

(b) Trial briefs shall be submitted to the Court on or before July 12, 2021.

(c) Proposed Findings of Fact and Conclusions of Law must be submitted to the Court on or before July 12, 2021.

(d) This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 30th day of June, 2021.

Marsha J. Pechman
United States Senior District Judge

APPROVED AS TO FORM

TESSA M. GORMAN
Acting United States Attorney

*s/ Greg S. Memovich*
GREG S. MEMOVICH, WSBA #13588
Law Offices of Greg Memovich, PLLC
9301 Linder Way, Suite 201
Silverdale, WA 98383
Phone: (360) 692-1347
Fax: (360) 692-3893
Email: memovichlaw@gmail.com

Attorney for Plaintiff

*s/ Erin K. Hoar*
ERIN K. HOAR, CA No. 311332
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: erin.hoar@usdoj.gov

Attorneys for the United States

AGREED PRETRIAL ORDER
[3:18-cv-05858-MJP] - 10

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970